# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAMA-BUENA VISTA UNION SCHOOL DISTRICT , <br><br> Plaintiff, <br><br> v. <br><br> A.V., <br><br> Defendant. | Case No.: 1:15-cv-001375 --- JLT <br><br> ORDER TO COUNSEL TO NOTIFY THE COURT WHETHER THIS MATTER SHOULD BE REFERRED TOTHE VDRP |

At the request of counsel, on September 9, 2015, the Court referred the related matter (*A.V. v. Panama-Buena Vista Union School District*, case number 1:15-cv-00246; Doc. 11) to the Court's Voluntary Dispute Resolution Program.  Now, Defendants have filed this new action, which raises related issues.[1]  Therefore, the Court **ORDERS**:

  1.   No later than **September 28, 2015**, counsel in this action and counsel in the related case, **SHALL** file a joint statement indicating whether the Court should refer this new matter to the VDRP;

///

///

---

[1] There is no need to issue an order relating the cases because the matters are already assigned to the undersigned.  See L.R. 125(c).

1

2. The Clerk of the Court is **DIRECTED** to serve this order to counsel of record in the related case, *A.V. v. Panama-Buena Vista Union School District*, case number 1:15-cv-00246.

IT IS SO ORDERED.

Dated:   **September 14, 2015**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE