# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PANAMA-BUENA VISTA UNION SCHOOL DISTRICT,<br><br>        Plaintiff,<br><br>   v.<br><br>A.V.,<br><br>        Defendant. | Case No.: 1:15-CV-01375 --- JLT<br><br>ORDER REFERRING THE MATTER TO VDRP<br><br>(Doc. 6) |

The parties have stipulated to have the matter referred to the Court's Voluntary Dispute Resolution Program. (Doc. 6) They agree that attempting to resolve this matter along with the issues raised in the related case, *A.V. v. Panama-Buena Vista Union School District*, case number 1:15-cv-00246, should occur in light of the similarity of issues. Id. at 2. Therefore, the Court **ORDERS**:

1. The stipulation (Doc. 6) requesting the Court refer the matter to the VDRP is **GRANTED**.

IT IS SO ORDERED.

Dated: __September 22, 2015__        __/s/ Jennifer L. Thurston__
                                                      UNITED STATES MAGISTRATE JUDGE